IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ALVARO H. RODRIGUEZ, Administrator of the
Estate of Maria Luisa Rodriguez,

        Plaintiff,

        vs.                       Case No. 14-1372-JTM

FORD MOTOR COMPANY,

        Defendant.

MEMORANDUM AND ORDER

The Court has been advised by counsel that the parties have reached an agreement settling this case in its entirety. The clerk shall administratively terminate this action without prejudice. Pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure, the parties shall file a stipulation of dismissal signed by the parties, on or before January 2, 2016. The parties may reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. If no stipulation is received and the parties have not moved to reopen the case within the specified time, this order shall constitute the court's entry of final judgment of dismissal with prejudice pursuant to Rule 41(a)(2).

IT IS SO ORDERED this 3rd day of December, 2015

                                 _____s/ J. Thomas Marten_____
                                 J. THOMAS MARTEN, JUDGE